■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH KISTNER, Appellant. [864 NYS2d 349]—Appeal from a judgment of the Oneida County Court (Barry M. Donalty, J.), rendered January 19, 2007. The judgment convicted defendant, upon his plea of guilty, of grand larceny in the second degree.

Now, upon reading and filing the stipulation of discontinuance signed by defendant and the attorney for defendant on August 19, 2008 and the attorney for respondent on August 25, 2008,

It is hereby ordered that said appeal is unanimously dismissed upon stipulation. Present—Scudder, P.J., Hurlbutt, Martoche, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID SELL, Appellant. [864 NYS2d 379]—Appeal, by permission of a Justice of the Appellate Division of the Supreme Court in the Fourth Judicial Department, from an order of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), entered August 29, 2003. The order denied the motion of defendant pursuant to CPL 440.10 to vacate the judgment convicting him of murder in the second degree, criminal possession of a weapon in the second degree, and reckless endangerment in the first degree.

It is hereby ordered that the order so appealed from is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Martoche, Green and Gorski, JJ.